David C. McElhinney
State Bar No. 33
Ann-Martha Andrews
State Bar No. 7585
Nicole M. True
State Bar No. 12879
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
E-mail:dmcelhinney@lrrc.com
         aandrews@lrrc.com
         ntrue@lrrc.com

*Attorneys for Sterling Life Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TERRI ERICKSON,<br><br>         Plaintiff,<br><br>v.<br><br>STERLING LIFE INSURANCE COMPANY,<br><br>         Defendant. | CASE NUMBER. 3:17-CV-00354-HDM-VPC<br><br>ORDER GRANTING<br>**MOTION FOR LEAVE TO FILE EXHIBITS 2 AND 13 UNDER SEAL** |

Defendant Sterling Life Insurance Company has this date requested the Clerk of Court to seal Exhibit No. 2 (ECF No. 6-3) and Exhibit No. 13 (ECF No. 6-14), attached to its motion for summary judgment (ECF No. 6) because the exhibits were inadvertently filed without redacting personal identifying information. Upon being contacted, Clerk of Court sealed the exhibit. Sterling is filing a redacted copy of Exhibits 2 and 13. Accordingly, Sterling moves for a nunc pro tunc order allowing the Clerk to seal the original exhibits.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

101943642_1

DATED: July 26, 2017.

                LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: *s/ Ann-Martha Andrews*
    David C. McElhinney
    State Bar No. 33
    E-mail:   dmcelhinney@lrrc.com
    Ann-Martha Andrews
    State Bar No. 7585
    E-mail:   aandrews@lrrc.com
    Nicole M. True
    State Bar No. 12879
    Email:   ntrue@lrrc.com
    3993 Howard Hughes Pkwy, Suite 600
    Las Vegas, NV 89169-5996
    Tel: 702.949.8200
    *Attorneys for Sterling Life Insurance Company*

**IT IS SO ORDERED:**
DATED: July 27, 2017

*[signature: Howard D. McKibben]*

**DISTRICT JUDGE HOWARD D. McKIBBEN**

101943642_1

2