Vernon E. Leverty, Esq.
State Bar No. 1266
Patrick R. Leverty, Esq.
State Bar No. 8840
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
Ph. (775) 322-6636
E-mail: gene@levertylaw.com
         pat@levertylaw.com
*Attorneys for Terri Erickson*

**UNITED STATED DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| TERRI ERICKSON, | CASE NO. 3:17-CV-00354-HDM-VPC |
| Plaintiff, | ORDER GRANTING **REQUEST FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| STERLING LIFE INSURANCE COMPANY | **(THIRD REQUEST)** |
| Defendant. | |

The parties request and stipulate that plaintiff Terri Erickson shall have a three-day extension of time, up to and including **August 2, 2017,** to respond to defendant Sterling Life Insurance Company's Motion for Summary Judgment (ECF No. 6), filed June 28, 2017. This is the third extension requested by the parties. This extension is requested and extended to accommodate the schedules and workloads of counsel, and not for reasons of delay.

DATED: This 27th day of July, 2017.                    DATED: This 27th day of July, 2017.

LEVERTY & ASSOCIATES LAW CHTD.            LEWIS ROCA ROTHGERBER CHRISTIE, LLP

 /S/ *Patrick Leverty*                                      /S/ *David McElhinney* (w/ permission)
Vernon E. Leverty (SBN 1266)                   David C. McElhinney (SBN 33)
Patrick R. Leverty (SBN 8840)                  Ann-Martha Adrews (SBN 7585)
832 Willow St.                                 Nicole M. True (SBN 12879)
Reno, NV 89502                                 3993 Howard Hughes Pkwy, Ste. 600
*Attorneys for Plaintiff Terri Erickson*       Las Vegas, NV 89169-5996
                                               *Attorneys for Defendant Sterling Life Insurance Company*

**IT IS SO ORDERED**
DATED: July 28, 2017

*[signature: Howard D. McKibben]*
_____
District Judge Howard D. McKibben